KHAALIQ BINNS G-51803827
CALIFORNIA MENS COLONY STATE PRISON
CELL # 1218, P.O. BOX 8101
SAN LUIS OBISPO, CA, 93409-8101

```
               FILED
      CLERK, U.S. DISTRICT COURT

           MAR - 9 2018

   CENTRAL DISTRICT OF CALIFORNIA
   EASTERN DIVISION    BY DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAALIQ BINNS<br><br>PLAINTIFF,<br><br>V.<br><br>D. ASUNCION, HUNTER, JAMESON, et al,<br><br>DEFENDANT(S) | CASE NO. 2:16-CV-05481-DSF-SHK<br><br>PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE<br><br>[PROPOSED] GRANT<br><br>JUDGE: HON. DAVID T. BRISTOW<br><br>ACTION FILED: JULY, 22, 2016 |

TO THE ABOVE ENTITLED COURT:
TO THE DEFENDANT(S) LISTED IN THE CAPTION ABOVE:

PLAINTIFF KHAALIQ BINNS HEREIN MOVE THE COURT TO SCHEDULE A SETTLEMENT CONFERENCE TO AFFORD PLAINTIFF AND DEFENDANT(S) AN OPPORTUNITY TO SETTLE THIS CIVIL ACTION WITHOUT FURTHER CIVIL LITIGATION. IF DEFENDANT(S) OPPOSE SETTLING THIS CASE, PLAINTIFF REQUEST NOTICE OPPOSING SUCH SETTLEMENT OF THIS CASE.

PURSUANT TO 28 USC § 1746 I DECLARE UNDER PENALTY OF PERJURY THE FORGOING IS CORRECT
DATED: 3-7-2018

RESPECTFULLY SUBMITTED(S)
IN PRO. SE  /s/ Khaaliq Binns
KHAALIQ BINNS PLAINTIFF

KHAALIQ BINNS H2687

CALIFORNIA MENS COLONY STATE PRISON

CELL # 1218, P.O. BOX 8101

SAN LUIS OBISPO, CA. 93409-8101

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT of CALIFORNIA

| KHAALIQ BINNS | CASE NO. 2:16-CV-05481-DSF-SHK |
| PLAINTIFF | **ORDER** |
| V. | [PROPOSED] GRANT |
| D. ASUNCION, HUNTER, | JUDGE: HON. DAVID T. BRISTOW |
| JAMESON, et al, | ACTION FILED: JULY, 22, 2016 |
| DEFENDANT(S) | |

TO THE ABOVE ENTITLED COURT:
TO THE DEFENDANT(S) LISTED IN THE ABOVE CAPTION:

PLAINTIFF KHAALIQ BINNS REQUEST THE COURT GRANT AN ORDER SCHEDULING A SETTLEMENT CONFRENCE BETWEEN PLAINTIFF AND DEFENDANT(S) TO DETERMINE WHETHER THIS CASE CAN BE RESOLVED WITHOUT FURTHER CIVIL LITIGATION.

DATED: 3-7-2018

**ORDER**

THE HONORABLE SHASHI KEWALRAMANI

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __KHAALIQ BINNS__, declare:

I am over 18 years of age and a party to this action. I am a resident of __CALIFORNIA MENS COLONY STATE__ Prison, in the county of __SAN LUIS OBISPO__, State of California. My prison address is: __P.O. BOX 8101, SAN LUIS OBISPO, CALIFORNIA 93409-8101__.

On __3-5-2018__ (DATE),

I served the attached: __PLAINTIFFS MOTION FOR SETTLEMENT CONFRENCE AND PROPOSED ORDER__ (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __3-7-2018__ (DATE)    _/s/ Khaaliq Binns_ (DECLARANT'S SIGNATURE)

Civ-69 (Rev 9/97)    ::ODMA\PCDOCS\WORDPERFECT\22832\1

CALIFORNIA MENS
COLONY STATE
PRISON GENERATED
MAIL

neopost
03/07/2018
US POSTAGE $000.00⁰
ZIP 93409
041M12250476

CLERK RECEIVED
U.S. DISTRICT COURT
MAR - 9 2018
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

[Return address:] California Mens Colony State Prison #1218, P.O. Box 8101, Luis Obispo, CA. 93409-8101

To: HONSHASHI H. KEWALRAM
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
U.S. Courthouse, Room 68
Los Angeles, California 90012

OFFICIAL BUSINESS

LEGAL
MAIL
CONFIDENTIAL