UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. CV 16-05481-DSF (SHK) | Date: March 15, 2018 |
| Title: *Khaaliq Binns v. D. Asuncion, et al.* | |

Present: The Honorable Shashi Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** ORDER RE MOTION FOR SETTLEMENT CONFERENCE [ECF No. 51]

The Court is in receipt of Plaintiff's Motion for Settlement Conference ("Motion") filed on March 9, 2018, wherein Plaintiff seeks a settlement conference in his civil action without further litigation. Electronic Case Filing Number ("ECF No.") 51. The Court will afford Defendants fourteen (14) days from today's date to file a response, after which time the Court will take the matter under submission.

As such, the Court ORDERS that any response to Plaintiff's Motion is due by **March 29, 2018**.

**IT IS SO ORDERED.**