UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Khaaliq Binns,<br>    Plaintiff,<br>    v.<br>D. Asuncion,<br>    et. al.,<br>    Defendants. | Case No. 2:16-cv-05481-DSF-SHK<br><br>**ORDER ON EX PARTE APPLICATION TO CONTINUE SCHEDULING CONFERENCE (ECF #88)** |

Good cause having been shown, the Scheduling Conference originally scheduled for September 21, 2020 at 11:00 a.m. is continued to October 26, 2020 at 11:00 a.m. The deadline for the parties to produce a Joint Rule 26(f) Report is continued to October 19, 2020.

Dated: September 16, 2020

By: /s/ Dale S. Fischer
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE