UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAALIQ BINNS,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>D. ASUNCION, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:16-cv-05481-DSF-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, Defendants' Motion for Summary Judgment, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that Defendants' Motion is GRANTED and that Judgment be entered DISMISSING this action with prejudice.

DATED:  November 9, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE