JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAALIQ BINNS,<br><br>        Plaintiff,<br><br>    v.<br><br>D. ASUNCION, et al.,<br><br>        Defendants. | Case No. 2:16-cv-05481-DSF-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is DISMISSED with prejudice.

DATED: November 9, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE